IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-559

| | |
|---|---|
| DELBERT QUILLEN WARD, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> THE CITY OF RALEIGH, ) </br> ) </br> Defendant. ) </br> ) | **NOTICE OF REMOVAL** </br> **28 U.S.C. § 1441(a)** |

Pursuant to 28 U.S.C. §§ 1331, 1367, and 1441, Defendant, the City of Raleigh (the "City"), hereby removes this action from the General Court of Justice, Superior Court Division for Wake County, North Carolina to the United States District Court for the Eastern District of North Carolina. This action is being removed to this Court based on federal question jurisdiction.

In support of this Notice of Removal, the City states as follows:

1. On December 13, 2022, Plaintiff commenced this action by filing a Complaint against the City in the General Court of Justice, Superior Court Division for Wake County, North Carolina, file number 22-CVS-015172-910 (the "State Court Lawsuit").

2. On September 12, 2023, the City was served with an Alias and Pluries Summons and copies of the Complaint and General Civil Action Cover Sheet in the State Court Lawsuit. True and accurate copies of these documents are attached hereto as Exhibits 1-3, respectively.

3. No further proceedings have occurred regarding the Complaint. The City has not served any Answer or other response to the Complaint, nor made any appearance, argument, or request for relief in the State Court Lawsuit.

4. The time to remove this action has not expired. This Notice of Removal is being filed within thirty (30) days of the City's receipt of a copy of the Complaint pursuant to 28 U.S.C. § 1446(b).

5. In the Complaint, Plaintiff purports to assert a claim against the City arising under the Fourth Amendment to the United States Constitution pursuant to 42 U.S.C. § 1983 (the "Federal Claim"). As a result, this Court has original jurisdiction pursuant to 28 U.S.C. § 1331, and the State Court Lawsuit may be removed by the City to this Court in accordance with 28 U.S.C. § 1441(a).

6. The Complaint also contains a claim based on state law. Plaintiff's state law claim is so related to, and forms a part of, the same case or controversy as presented by the Federal Claim, allowing the Court to exercise supplemental jurisdiction over such claim pursuant to 28 U.S.C. § 1367(a).

7. Removal to this Court's Western Division is proper under 28 U.S.C. § 1441(a) because the Complaint was filed in Wake County, North Carolina, which is within this Court's Western Division.

8. The City is promptly filing a Notice of Filing Removal with the Clerk of the Wake County Superior Court in accordance with 28 U.S.C. § 1446(d), thereby informing the state court and Plaintiff that the State Court Lawsuit is being removed. A true and accurate copy of the Notice of Filing Removal is attached hereto as Exhibit 4.

9. By removing this action from Wake County Superior Court, the City does not waive any defenses available to it and does not admit any of the allegations contained in the Complaint.

WHEREFORE, the City respectfully removes the State Court Lawsuit from the General Court of Justice, Superior Court Division for Wake County to this Court.

Respectfully submitted the 9th day of October 2023.

                              **CITY OF RALEIGH**
                              **Karen Musgrave McDonald**
                              **City Attorney**

                              /s/ Dorothy V. Kibler
                              Dorothy V. Kibler
                              Deputy City Attorney
                              N.C. Bar No. 13571
                              PO Box 590
                              Raleigh, NC 27602
                              Tel: (919) 996-6560
                              Fax: (919) 996-7021
                              Dorothy.Kibler@raleighnc.gov
                              *Attorneys for the City of Raleigh*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-559

| | | |
|---|---|---|
| DELBERT QUILLEN WARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| THE CITY OF RALEIGH, | ) | |
| | ) | |
| Defendant. | ) | |

I hereby certify that on the 9th day of October, 2023, I electronically filed the foregoing *Notice of Removal* with the Clerk of the Court using the CM/ECF system and that I served the attached document on all of the non CM/ECF participants who are parties to this action by depositing a copy hereof, postage prepaid, in the United States Mail, addressed as follows:

Jonathan A. Carnes
Tara Warwick
CarnesWarwick
555 Fayetteville Street, Suite 300
Raleigh, NC 27601
jonathan@carneswarwick.law
tara@carneswarwick.law
*Attorneys for Plaintiff*


        Respectfully submitted,

        **CITY OF RALEIGH**
        **Karen Musgrave McDonald**
        **City Attorney**

        /s/ Dorothy V. Kibler
        Dorothy V. Kibler
        Deputy City Attorney
        N.C. Bar No. 13571
        PO Box 590
        Raleigh, NC 27602

Tel: (919) 996-6560
Fax: (919) 996-7021
Dorothy.Kibler@raleighnc.gov
*Attorneys for the City of Raleigh*