IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-559

| | | |
|---|---|---|
| DELBERT QUILLEN WARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **INDEX OF EXHIBITS** |
| v. | ) | **TO CITY OF RALEIGH'S NOTICE** |
| | ) | **OF REMOVAL** |
| THE CITY OF RALEIGH, | ) | |
| | ) | |
| Defendant. | ) | |

| *Exhibit No.* | *Document* |
|---|---|
| 1 | Index of Exhibits to City of Raleigh's Notice of Removal |
| 2 | Alias and Pluries Summons from Wake Superior Court |
| 3 | Complaint from Wake Superior Court |
| 4 | Civil Action Coversheet from Wake Superior Court |
| 5 | Notice of Filing Removal to Wake Superior Court |
| 6 | Civil Cover Sheet |
| 7 | Supplemental Removal Cover Sheet |

This the 9th day of October, 2023.

**CITY OF RALEIGH**
**Karen Musgrave McDonald**
**City Attorney**

/s/ Dorothy V. Kibler
Dorothy V. Kibler
Deputy City Attorney
N.C. Bar No. 13571

PO Box 590
Raleigh, NC 27602
Tel: (919) 996-6560
Fax: (919) 996-7021
Dorothy.Kibler@raleighnc.gov
*Attorneys for the City of Raleigh*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-559

| DELBERT QUILLEN WARD, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| THE CITY OF RALEIGH, | ) | |
| | ) | |
| Defendant. | ) | |

I hereby certify that on the 9th day of October, 2023, I electronically filed the foregoing *Notice of Removal* with the Clerk of the Court using the CM/ECF system which and that I served the attached document on all of the non CM/ECF participants who are parties to this action by depositing a copy hereof, postage prepaid, in the United States Mail, addressed as follows:

Jonathan A. Carnes
Tara Warwick
CarnesWarwick
555 Fayetteville Street, Suite 300
Raleigh, NC 27601
jonathan@carneswarwick.law
tara@carneswarwick.law
*Attorneys for Plaintiff*

Respectfully submitted,

**CITY OF RALEIGH**
**Karen Musgrave McDonald**
**City Attorney**

/s/ Dorothy V. Kibler
Dorothy V. Kibler
Deputy City Attorney
N.C. Bar No. 13571

PO Box 590
Raleigh, NC 27602
Tel: (919) 996-6560
Fax: (919) 996-7021
Dorothy.Kibler@raleighnc.gov
*Attorneys for the City of Raleigh*