IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-00559-BO

| | | |
|---|---|---|
| DELBERT QUILLEN WARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| THE CITY OF RALEIGH, | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the Court on the parties' Joint Motion to Stay until after the Court rules on the City of Raleigh's motion to dismiss [ECF No. 7]. For good cause shown and for the reasons stated in the motion, the parties' motion is GRANTED.

IT IS THEREFORE ORDERED that all discovery in this civil action is STAYED until such time as the court resolves the City of Raleigh's motion to dismiss [ECF No. 7]. It is further ordered that within 14 days of the court's ruling on the City's motion to dismiss [ECF No. 7], counsel for the parties shall confer regarding further scheduling and discovery matters, and shall file a Rule 26(f) report, advising the court of the parties' position(s) with regard to the same.

SO ORDERED, this the 9th day of April, 2024.

Robert B. Jones, Jr.
United States Magistrate Judge