UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| DELBERT QUILLEN WARD, | ) | |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| CITY OF RALEIGH, | ) | 5:23-CV-559-BO-RJ |
| Defendant. | ) | |

**Decision by Court.**
This case is before the Court on Defendant City of Raleigh's motion to dismiss [DE 7].

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion to dismiss is GRANTED in its entirety.

**This case is closed.**

**This judgment filed and entered on October 18, 2024, and served on:**
Jonathan Carnes (via CM/ECF NEF)
Mollie Ann Grose (via CM/ECF NEF)
Dorothy Kibler (via CM/ECF NEF)

October 18, 2024

PETER A. MOORE, JR., CLERK

/s/ Lindsay Stouch
By: Deputy Clerk